# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK DAVID FRANCIS BOY,<br><br>Defendant. | CR 23-72-GF-BMM<br><br>**ORDER** |

Before the Court is a motion from the United States of America for an order allowing John Doe and his family members to appear at the sentencing hearing, and address the Court as appropriate, by telephone. Defendant has no objection.

FOR GOOD CAUSE appearing, the government's motion is granted. The United States shall coordinate with the Clerk of Court to arrange the telephonic appearance.

**DATED** this 10th day of January 2024.

_____
Brian Morris, Chief District Judge
United States District Court